**Exhibit A to the Complaint**

**Location:** Manassas, VA  **IP Address:** 98.204.8.160
**Total Works Infringed:** 95  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A  File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 10/04/2019 02:01:03 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 2 | Info Hash: 7A496D6534DC2D202F8F0C60B122CAFF208959B3  File Hash: 1579958763A73C277B0BB9F658637884E6E488617938778C1F6BD3857ACB1135 | 01/01/2020 03:32:22 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 3 | Info Hash: 2A7156AF504EF99E1667C72ADC790D0910A165C2  File Hash: AA92384BCF78B40D73ED685E490FA25DB7125598E340325C61189B57D4D51DEB | 12/25/2019 00:45:20 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 4 | Info Hash: 03D90B360F20E11A32C88D605278FA28455E400C  File Hash: 87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7 | 12/08/2019 03:17:41 | Vixen | 12/05/2019 | 12/17/2019 | PA0002217671 |
| 5 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9  File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12/07/2019 10:32:06 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 6 | Info Hash: 3F429C7559682B0154A6B0D1D9905A56FB5C5DE3  File Hash: F3E0EB3719A280096467A40075C90EFE853DFB5D77D15434EB70E2A037718D5E | 11/04/2019 22:06:41 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 7 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE  File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 11/04/2019 20:32:44 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 8 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E  File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 10/24/2019 20:26:28 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10/18/2019 11:51:40 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 10 | Info Hash: 295342E3BDE60A34C05FE4751AA3DA44678F6896<br>File Hash: 91BF4DDCD6907DA9DCB3A9A849A365AF5E562A854B92E74FBA9EF512759D84B0 | 10/18/2019 02:21:06 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 11 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 10/16/2019 14:55:21 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 12 | Info Hash: E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA<br>File Hash: 80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 10/02/2019 00:25:25 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 13 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 09/28/2019 15:20:42 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 14 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 09/27/2019 00:04:50 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 15 | Info Hash: DE9C56DF13732B047B5E498C24EE5D12629FC867<br>File Hash: BEA05EE50E79F9781EB38166CD3983F76374223DA741713576C226FC96678D3C | 09/26/2019 11:00:18 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 16 | Info Hash: 09518EAEAE8C874586EA10E3EAAE479EDBF85EF4<br>File Hash: DDEEC378DC31D06A28C1E3FCBCF52FAE158691B1ABFAB3AA58E518C02B76DAF4 | 09/25/2019 11:01:38 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 17 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 09/24/2019 00:39:30 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 44A91CCBFDE09D843FF4C167CFE6685C8AE80078<br>File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/18/2019 19:12:09 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 19 | Info Hash: 8CB7100B0F04FC0248D3D47F1E94CE2B30C0DF3E<br>File Hash: 08FE5B1F311AE08350D744A82D7CB387129DE94B509BC14760896C6FB71525AB | 09/12/2019 23:00:07 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 20 | Info Hash: 9280249B10A44E38C995023927D8A3E84672F746<br>File Hash: ABA5874537C89006AD67893B96AC291188BB0E589FEEB1A8AED2C4DACE9E939A | 09/11/2019 12:53:15 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 21 | Info Hash: 12FC41C73CB24390AAA5B3436F01DF848483080F<br>File Hash: B3B9A117E40AE5D57390D7DA55B754AF5A744D0F54810A2233131355E94023B5 | 09/09/2019 01:33:28 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 22 | Info Hash: F5E2676409EC7D4E812DA440557182332F253860<br>File Hash: 11F0AAC5ACB6119399843E8DC67BF3D252BEDE472C4EBF0B8431D67E11E6E2E4 | 09/04/2019 20:06:10 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 23 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 09/04/2019 01:58:01 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 24 | Info Hash: AE562DC6C598F65D0E72B777FADE3865AFD9BB09<br>File Hash: 8D1B406F1DD3C9C600BC39994A9BCEBF5181701FAB9E52FF16A6DD1C51098344 | 08/31/2019 02:24:16 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 25 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 08/28/2019 15:24:56 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 26 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/27/2019 16:59:56 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08/24/2019 21:31:45 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 28 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08/24/2019 13:02:55 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 29 | Info Hash: 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C<br>File Hash: 7421058627731654B8E6818C30C89BA1775335EE77781BFE5F2AD29755EEFFD1 | 08/24/2019 13:00:10 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 30 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08/24/2019 05:26:35 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 31 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 08/24/2019 03:54:49 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 32 | Info Hash: 272F1E7341F88B52B06AE1B28929520CF386CD59<br>File Hash: 8CA823472CF7EBF46B0369A489E5725D990592BD98F55E0FC4B814CAF26C0C2A | 08/16/2019 06:02:42 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 33 | Info Hash: DA2B01E9B71CDF13CF8442E993A3A22EC96B6326<br>File Hash: 729F402DA3A322A41FDAFC129556F5345D580D042C22F5047B669F5F17AF4448 | 08/10/2019 04:12:39 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 34 | Info Hash: 00783959987FB8DB89EF83A65108801CE87E72DE<br>File Hash: E85980CA85AD8EDAA171D8682A1F5D353E18F525631C246FCAF60067AD8BF4D4 | 08/03/2019 12:30:06 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 35 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08/01/2019 11:33:59 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BFE81E71C08212B0FAA48A4DAE08B54087606581<br>File Hash: 7394BDC3A1AEB8C470551DE116CCFC7AC62C69C4376565AB61A7EAAA41311A53 | 07/28/2019 15:54:55 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 37 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07/25/2019 11:50:34 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 38 | Info Hash: 958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash: 17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 07/23/2019 13:40:58 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 39 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 07/19/2019 14:00:44 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 40 | Info Hash: 17ECB07B4E63E1625D08684CF4A5828DE1D73ED5<br>File Hash: 901F4A9F1AF525F8B2E86CD7F386E22A1173C067AAD617570A2BB2737C3AAD9A | 07/16/2019 00:29:21 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 41 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07/14/2019 11:11:06 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 42 | Info Hash: 34B848F2164ECCC533C071B9A0E3B0F3D05A3518<br>File Hash: 6DE55D7E3AD7C8A7027139F67A3226AA3E7C123BAA023D0B81ACBFD8FA036579 | 07/11/2019 17:46:35 | Blacked Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 43 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B<br>File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 07/05/2019 16:25:03 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 44 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06/30/2019 02:32:31 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 06/24/2019 23:55:18 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 46 | Info Hash: 576A4437D472390C262B8740FC8804E887587AE0<br>File Hash: F8262F2B67B0468A2D9718D69433ECEA0C79480775A13AD1AEFC9355CAA3890F | 06/21/2019 13:31:42 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 47 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 06/21/2019 04:13:26 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 48 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 06/19/2019 15:08:58 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 49 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash: 4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 06/05/2019 08:40:40 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 50 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 06/01/2019 22:18:32 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 51 | Info Hash: 35FC391D7869DA183CB119D3D676978EC11ADDB9<br>File Hash: BE7FA0E9046E5052989B028E082C94C5A4FB9F7076FEEE4A70FB899BE57B1707 | 05/30/2019 00:38:14 | Blacked Raw | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 52 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05/23/2019 04:23:01 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 53 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 05/22/2019 02:57:54 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 87E3EE6A6C12D0A473417E5E80E3584E523406F7<br>File Hash: 62621F634640FFC544FE55589BA50348522FBE4631FEBBBCD6EBDF6969283909 | 05/20/2019 08:33:18 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 55 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 05/12/2019 02:41:10 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 56 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 05/10/2019 22:03:52 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 57 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 05/07/2019 00:54:26 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 58 | Info Hash: 46008F270CD49FF19391341B7014BF9549387B91<br>File Hash: 34703D52A8F5E3A040FFFAA788A9A04ED21F9DFA1487633BF67D76E100910A91 | 05/05/2019 06:52:26 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 59 | Info Hash: 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75<br>File Hash: BC3B31B3647AE5C82A35A0142199F2969DE0DAF9966BA26F68E8D6E2E2FB9748 | 04/28/2019 09:11:22 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 60 | Info Hash: 3AE42CF293CFFB030C91FF1DC013E5D178AE1DFF<br>File Hash: 8D01AFDC70F6488F725AD53A36134E5D20A24FB0B10909C5DA781612F8A3D5E9 | 04/22/2019 02:15:20 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 61 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 04/14/2019 15:15:47 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 62 | Info Hash: C2D9B1003D58049A4B3166BE0C9620ECCA0B4800<br>File Hash: DBE374DE7A009AF6B5D6F52AE071B40E0C007408A95A624B2F893EBD8F17D895 | 04/06/2019 15:36:22 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: E474F829786D99F77071D695C1E640049D946C7C<br>File Hash: 14944DDE275F24E4C264CFBD89D858936EB4AAE8D050F0C55C984204A52117A2 | 04/06/2019 03:22:52 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 64 | Info Hash: D0C5255AFD9000636DE5F8ACB610A30FEB3BFA69<br>File Hash: 88C5475FBF97220CF3266DDD43F82024A58E4E0F7E17712884A132A2F32A290E | 04/02/2019 03:07:34 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 65 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 04/02/2019 01:25:55 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 66 | Info Hash: 92D8FDB2B2AA0842E70AEBE88BD7D7EFFC9C568A<br>File Hash: 6A905869EEC0BE701D147AC4D5056E6BF2C32F9BC4CAA4332F94FA98BABC37BB | 03/30/2019 21:32:57 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 67 | Info Hash: A2DA35983A4DA5B1800890CFD8ABB41D70E38206<br>File Hash: 077DA4C981D76C0802D900DDD31957C847D96C9B75BE16FBD40133F8B817D024 | 03/21/2019 01:07:02 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 68 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 03/20/2019 03:38:45 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 69 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 03/14/2019 03:41:41 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 70 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash: 4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 03/12/2019 13:04:09 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 71 | Info Hash: C0DCDFC904195D7C25CA60A49A0ABF99F63D6BBB<br>File Hash: 21051BA1367C81F0591041F8776618A6C9B9AE99404C44D32D1C213662C35613 | 03/07/2019 00:41:49 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 02/26/2019 23:35:38 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 73 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 02/24/2019 12:49:07 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 74 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash: B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 02/19/2019 00:20:53 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 75 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02/17/2019 03:50:23 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 76 | Info Hash: E58ACF7A8F4CA6503C6C1BE1A2FD4D7838EFB095<br>File Hash: E7F70D4D7C3FC56F1529D1C74603C364B45AC62A8CE89A766FAEDF5FE8AD9C23 | 02/13/2019 18:47:26 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 77 | Info Hash: D57B689422F4E39D8893E3E0BB7A38C930AD4CEF<br>File Hash: 62B7BAB68D9CFA287E5A27C59752ADBF87FDB6F932FC27F8022C6E9D279BADD8 | 02/11/2019 15:03:21 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 78 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 02/09/2019 16:33:30 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 79 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash: 401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 02/07/2019 03:39:20 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 80 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 02/06/2019 04:07:36 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: F827EDACEB3B33A1E69273B205B9B9285A1FCC98<br>File Hash: A233C841698DF9E71A5371B64833A14BD8F0945F3014C0275FAF2BC7D796A360 | 01/21/2019 15:24:25 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 82 | Info Hash: DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D<br>File Hash: 710C8FB107F44F7757676809D97309DB532671641136EE693F0F112CFDC87090 | 01/20/2019 02:34:14 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 83 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 01/17/2019 09:19:08 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 84 | Info Hash: 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2<br>File Hash: 0273A90CE1B1D78EF7D6291960FC0E916070F9FD3C547D80E33884931A1684C0 | 01/13/2019 05:11:14 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 85 | Info Hash: 1DE2F763010DA2CDC8A6FD27AF18A2B92B5FEA5E<br>File Hash: 342B796992C9B1A2A3255874246BBB5C03BF102F40C995786F64300520AA1FDE | 01/10/2019 21:03:28 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 86 | Info Hash: 9796CE97D9F29A0EA166C36B58F2F5DA47B36C08<br>File Hash: 0D0F28FF139BD85DA6671F1D3214C88E7C7EE7339C6B5F6308AECFFDC303E82C | 01/08/2019 07:17:04 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 87 | Info Hash: B289D00CC93B0233B567847E6A05F1A46EF33243<br>File Hash: 3189C1B9AD50226091C684DFCD433BA74D9210ADF44869931EC17B4D99188423 | 01/07/2019 22:09:09 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 88 | Info Hash: 061CC3A792B286632E89FFD7A1B26284D351D32A<br>File Hash: B50131E9F86D5606AE7CD38E45BEB5117FE6DEE9C9B2A23A22CF3742EF33FADD | 01/03/2019 02:15:02 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 89 | Info Hash: 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF<br>File Hash: D274816FB3367FFB6892371753BEC9925944B14E4B4BFCBB12086E4619D4C3CE | 01/02/2019 18:08:08 | Vixen | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: EAF51445E2267FAD5EC42D88FBFF9CABF7AD79A7<br>File Hash: 9AED6E83ABFFFFBB0A630FBF5D935966B954AC4189B9C331F60D4850B29580BF | 12/31/2018 01:31:17 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 91 | Info Hash: 212B1E0273EFB874FAC725F74854EA80EA5D9622<br>File Hash: 441FC92EE4D4AA051AD2AC22EE4B84D81B9CEA8EFBE27BA8B8F0F37A725F33A4 | 12/27/2018 03:24:02 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 92 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 12/21/2018 06:38:42 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 93 | Info Hash: F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880<br>File Hash: 73E011D3D8ED4641F35C1EAF3696D332B2E07BD9910E55AE95DE1FED1188E1C4 | 12/18/2018 06:27:30 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 94 | Info Hash: D33B55F4B260300934470B2571AA379EBBA73038<br>File Hash: F0E5782553320D18CB6807FFCC6336787E80F1A914CA4025A654477F2DE835D0 | 12/14/2018 02:38:18 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 95 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 12/10/2018 18:45:41 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |