UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:20-cv-00171-RDA-JFA |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE infringer identified as using IP address 98.204.8.160, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE UNDER SEAL**

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves the Court for leave to file its Complaint, proposed summons, and return of service under seal, and states as follows:

1. Plaintiff is the owner of award winning, critically acclaimed adult motion pictures. Strike 3's motion pictures are distributed through the *Blacked, Tushy, Vixen,* and *Blacked Raw* adult websites and DVDs.

2. Plaintiff recorded a number of infringing transactions emanating from IP address 98.204.8.160 within the BitTorrent network.

3. Accordingly, a Florida state court order recently permitted Plaintiff to serve a subpoena on the Internet Service Provider ("ISP"), Comcast Cable ("Comcast" or "ISP"), to discover the identity of the subscriber assigned the IP address 98.204.8.160, the IP address used to download and distribute Plaintiff's works via the BitTorrent network.

4. After receiving the subpoena response, Plaintiff conducted a further investigation.

1

Based on the investigation of the subscriber and publicly available resources, Plaintiff identified an individual residing in the subscriber's home as the true infringer.

5.Plaintiff has now filed the instant copyright infringement case against Defendant before this Court.

6.Although Plaintiff is aware of Defendant's identity, Plaintiff is sensitive to Defendant's privacy concerns and therefore, it opted to file this suit against Defendant pseudonymously within the caption of the case.

7.Although the caption does not contain Defendant's personal identifying information, the body of the Complaint contains such information.  This information is central to Plaintiff's claim and includes the Defendant's name, address, and additional factual information which directly links the Defendant to the infringement in this case.

8.In the past, to avoid embarrassment to defendants, courts around the country have entered protective orders precluding Plaintiff from publicly disclosing defendants' identifying information.  Accordingly, out of respect for this Court and Defendant, Plaintiff respectfully requests entry of an order permitting it to file an unredacted version of its Complaint, proposed summons, and return of service under seal under seal so that it may include Defendant's name, address, and other factual information central to Plaintiff's claim.

9.None of the parties would be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests entry of an order permitting Plaintiff to file its Complaint, proposed summons, and return of service under seal. A proposed order is attached for the Court's convenience.

Dated: February 19, 2020                    Respectfully submitted,

s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
Va. Bar No. 34149
Attorney for Strike 3 Holdings, LLC
Sciarrino & Shubert, PLLC
330 Franklin Road
Ste. 135A-133
Brentwood, TN 37027-3280
T: 202-280-2504
F: 202-217-3929
E-mail: civil@sciarrinolaw.com
