**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:20-cv-00171-RDA-JFA |
| v. | ) |
| JOHN DOE infringer identified as using IP address 98.204.8.160, | ) |
| Defendant. | ) |

**PROPSED ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE COMPLAINT, PROPOSED SUMMONS AND
RETURN OF SERVICE UNDER SEAL**

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File its Complaint, Proposed Summons, and Return of Service Under Seal, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may file its Complaint, proposed summons, and return of service under seal.

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE